UNITED STATES BANKRUPTCY CO⬤
DISTRICT OF NEW JERSEY

**Order Filed on February 8, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Charles A. Budd, Jr. | Case No.:  20-21419-ABA<br><br>Chapter:  13<br><br>Judge:  Andrew B. Altenburg, Jr. |

### ORDER DENYING CONFIRMATION

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Charles A. Budd, Jr.*
*Case No.: 20-21419-ABA*
*Order Denying Confirmation*
Page | 2

---

**THIS MATTER** having come before the court by the Debtor for confirmation of his Second Modified Chapter 13 Plan (the "Plan") (Doc. No. 69); and the creditor, Darlene Budd having filed objections to confirmation of the Plan (Doc. Nos. 47 and 89); and the Chapter 13 Trustee having filed objections to Debtor's expenses (Doc. Nos. 47 and 88); and the court considering the papers submitted; the parties appearing an arguing; and for the reasons set forth on the record in the court's written opinion on February 8, 2022; and for good cause shown; it is

**ORDERED** that Confirmation of the Plan is DENIED.

**IT IS FURTHER ORDERED** that the Debtor has fourteen (14) days from the date of this order to show cause why his case should not be dismissed.